FORT WORTH & DENVER R. R. CO. vs. DABNEY et al.

Appeal from Wise county.

*Practice in the Supreme Court.*—When the record fails to show action of the court upon a general demurrer, such demurrer, unless it presents fundamental error, will not be considered.

*Practice—Evidence.*—When objection to evidence is general, and no ground of objection is specially assigned, the rule is, that if such evidence would tend to prove any of the facts put in issue by the pleadings, it will be held to have been admissible, and *contra.* The rule does not cover evidence admitted over objection in the case.

*Same.*—The remaining objection urged to the judgment is that it is not supported by the evidence. But the objection is not sustained by the record.

Affirmed on report of Watts, Commissioner.